## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

STERLING LEE ALBERS,

        **Plaintiff,**

    vs.

UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES, JOSEPH B.
EDLOW, Director of the United States
Citizenship and Immigration Services;
THOMAS SCHUURMANS, Director of the
USCIS Nebraska Service Center;  UNITED
STATES DEPARTMENT OF STATE,  U.S.
EMBASSY IN VIETNAM, MARCO RUBIO,
and MARC E. KNAPPER, U.S. Ambassador
at the U.S. Embassy in Vietnam;

        **Defendants.**

**4:26CV3015**

**ORDER**

This matter is before the Court on the Unopposed Motion for Stay Pending Administrative Proceedings (Filing No. 10).  The Defendants move the Court to stay all deadlines in this case, including the deadline for Defendants to file an answer or other responsive pleading to the complaint, because the U.S. Citizenship and Immigration Services (USCIS) is currently administratively processing the Form I-130 and requires additional time to review the submitted materials.  After review, and for good cause shown,

    **IT IS ORDERED:**

1.  The Unopposed Motion for Stay Pending Administrative Proceedings (Filing No. 10) is granted.

2.  All case deadlines, including Defendant's responsive pleading deadline, are stayed pending further order of the Court.

3.  On or before **May 26, 2026**, and every 60-days thereafter, the parties shall file a status report regarding the administrative proceedings and whether the parties believe the stay should continue or be lifted.

Dated this 24th day of March, 2026.

                BY THE COURT:

                s/Michael D. Nelson
                United States Magistrate Judge